NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-160


KELLY COWAN BAKER

VERSUS

BYRON JAY BAKER


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 191,837
HONORABLE GEORGE C. METOYER, JR., DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

Saunders, J., concurs in part and dissents in part.


AFFIRMED AS AMENDED.

Kelvin G. Sanders
Attorney at Law
3504 Masonic Drive, Suite B
Alexandria, LA 71301
(318) 448-9003
Counsel for Defendant/Appellee:
    Byron Jay Baker

Susan Ford Fiser
Attorney at Law
P.O. Box 12424
Alexandria, LA 71315-2424
(318) 442-8899
Counsel for Plaintiff/Appellant:
    Kelly Cowan Baker